■ In the Matter of LORRAINE S.—Order unanimously affirmed without costs for reasons stated at Oneida County Family Court, Pomilio, J. (Appeal from order of Oneida County Family Court, Pomilio, J.—permanent neglect.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.